4000001573

UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Fort Worth Division

2023 JUN 13 PM 12:01

DEPUTY CLERK _____

| Beverly Byrd | ) | Case No. 4-23CV-593-P |
|---|---|---|
| Plaintiff(s) | ) | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) ) | Jury Trial: (check one) ☒ Yes ☐ No |
| -v- | ) ) ) ) ) ) ) ) | |
| Surepoint ER | ) | |
| Defendant(s) | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Beverly Byrd |
| Street Address | 2840 Grandview Dr |
| City and County | Grand Prairie |
| State and Zip Code | TX 75052 |
| Telephone Number | 817-994-6024 |
| E-mail Address | bafab001@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (*if known*). Attach additional pages if needed.

Defendant No. 1
    Name: Surepoint ER
    Job or Title (if known):
    Street Address: 2300 Matlock Rd Ste35
    City and County: Mansfield
    State and Zip Code: TX 76063
    Telephone Number: 469-830-8211
    E-mail Address (if known):

Defendant No. 2
    Name: Surepoint ER
    Job or Title (if known):
    Street Address: 901 W Jefferson St
    City and County: Grand Peairie
    State and Zip Code: Tx, 75051
    Telephone Number: 214-518-6055
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

It is prohibited for Surepoint ER to violate the following: ADA Act, including but not limited to Titles I and V of the Americans Disability Act of 1990 (Pub L. 101-336) (ADA as amended), and in violation of Title VII of the Civil Rights Act of 1964 (Pub L. 88-352) (Title VII), as amended, as it appears in Volume 42 of the United States Code, beginning at section 2000e, and (42 U.S.C. 1981), and in violation of Retaliation Act (No FEAR Act) all as amended, and 42 U.S.C 1981. Section 94 of the 1996 Act provides that, every employee has the right not to be unfairly dismissed" Carr and Kay pp.133 (1998)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* N/a , is a citizen of the State of *(name)* _____ .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* N/a , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* N/a , is a citizen of

    the State of *(name)* _____. Or is a citizen of
    *(foreign nation)* _____.

  b. If the defendant is a corporation

    The defendant, *(name)* N/a _____, is incorporated under
    the laws of the State of *(name)* _____, and has its
    principal place of business in the State of *(name)* _____.
    Or is incorporated under the laws of *(foreign nation)* _____,
    and has its principal place of business in *(name)* _____.

  *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

During the Plantiff Beverly Byrd's employement at Surepoint ER from March 3, 2022 to June 24, 2022 the Plantiff made it crystal clear that she has a phobia/fear of dogs to Kaysha Apodaca, HR, and Jesse Whitehead. Kaysa Apodaca had recently become the Facility Nurse Manager in Febuaray 2022. The Plantiff's employement began with Surepoint ER in June of 2021 as a PRN Radiology Tech and moved to fulltime employement on Januaray 1, 2022.

Futhermore, during the course the Plantiff' Beverly Byrd's employement the Plantiff maid it crystal clear to the employer ( Surepoint ER) that a co-employee was wrongly bring a dog to work, triggering the Plantiff's disabling phobia. The Plantiff maintains a actual recording between her and said employer that confirms this problem, along with the employer's disregard of the disability, that ended up causing the Plantiff's termination. (continued: see attached)

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plantiff is seekingto be compensated for the following damages and remedies: (1) Only neutral information given for my previous employment only coming from the HR Director with nothing more than hiring start date and end date. (2) I am requesting monetary compensatory and punitive damages, economic loss wages and benifits, emotional damages, pain and suffering damages, damages for loss/negative impact to my reputation (real and perceived. (3) Surepoint ER should develop policies regarding ESA/dogs that are congruent with Title 25 Texas Admin Code regarding ESA in the workplace and train all staff on the rule/regulations of not bring pet animals into the workplace. (4) Once this claim is settled all documents that Surepoint ER relied upon will be destroyed. (5) Anyone in my direct report line including CEO's, owners, and physicians is/are to reframe form speaking negatively about me or my employment at Surepoint ER to anyone. (6) No future harassment, mistreatment, or retaliation will be allowed/tolerated by the Surepoint ER staff or former staff, CEO, owners, physicians, including any of Surepoint ER subsidiaries. (7) An appology acknowledging the fact that the employer did not protecting the Plantiff in the workplace from retailation and herassment.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-13-2023

Signature of Plaintiff

Printed Name of Plaintiff   Beverly Byrd

#### B. For Attorneys

Date of signing:

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____

**ATTACHEMENT**

**Plaintiff: Beverly Byrd**

**Vs.**                                          Case No. 4-23CV-593-P

**Defendant: Surepoint ER**

### II Statement Of Claim

II Statement Of Claim: **(continued)** For example, this other employee's dog was allowed to stay in the employees break room, unattended by the co-employee who had brougth the dog to work. The dog was allowed in the break room when the Plantiff was in the break room. The dog was allowed in the front office registration area and the Plantiff was fearfull of the dog coming near her. Example of herassment Plantiff was accused of document errors that occurred on 5/22/22 that did not occur on the Plantiff shift, and nither did the Plantiff make any such document on 5/22/22. Plantiff was subjected to increased surveillance, and threats of blackballing the Plantiffs' professional reputation. On one ocassion the Plantiff was told she had a monkey mind.

Plantiff believes that the actions of Kaysha Apodaca / Facility Nurse Manager and Jesse Whiteheah /Regional Nursing Director were intentional and harmful to her mental wellness and threatened her safetyat work, without any help from the employer, causing Plantiff physical and physiological harm. Every time the Palntiff encountered Kaysha's dog in the facility, the Plantiffs' stomach would hurt, and she would get a headach and her mind would race back to the trauma of her childhood. A rash subsequently would break out on the Plantiff's neck and her chest would feel like it was tighting up. Seeing the dog at work would triger nightmares that would keep the Plantiff getting the proper rest and sleep she needed to perform her job profeciently. When the Plantiff would wake up from the

Page **1** of **2**

7

nightmares she would have perspiration on her face and a racing heart beat. The Plantiff had several months of sleep deprivation because of the dog nightmares and sevear body pain. The lack of sleep also caused the Plantiff's body to ache and the stress from the herassment caused the Plantiff to experience agrivation of her siatic never, which was very sever. As a matter of fact the Plantiff had to seek medical treatmet several times from the emgercany room and urgent care for the stress headache and sevear body pain that resulted from the dog at work, herassment, retialiation, and disperate treatment.

The employer allowed a dog to remain in the freestanding hospital at work, and remain in the non-public areas, which ended up specifically triggering the Plantiffs' disabling phobia, necessitating the Plantiff's overt complaints from March 2022 to June 2022 to the employer, resulting in the employers refusal to protect the Plantiff, and ended up in the Plantiffs' termination.

The Plantiff believes that the employers scheme to discriminate against the disabilities of the Plantiff in this manner is the epitome of disability harassment, hostile work environment, retaliation, and discrimination.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Beverly Byrd

**DEFENDANTS**
Surepoint ER

**(b)** County of Residence of First Listed Plaintiff: Tarrant
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Tarrant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | | 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | 362 Personal Injury - Medical Malpractice | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| | | | | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [x] 790 Other Labor Litigation | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | [x] 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | [x] 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | | **Other:** | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 446 Amer. w/Disabilities - Other | 540 Mandamus & Other | 465 Other Immigration Actions | | |
| | 448 Education | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
US Civl Code 16
Brief description of cause:
To compell arbitration

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
- **DEMAND $**
- CHECK YES only if demanded in complaint:
- **JURY DEMAND:** [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____