UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BEVERLY BYRD,**

   Plaintiff,

v.                                       No. 4:23-cv-00593-P

**SUREPOINT ER,**

   Defendant.

## ORDER

   The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 18. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

   The Court therefore finds that Defendant's Motion to Compel Arbitration, Appt Arbitrator and Dismiss Lawsuit (ECF No. 9) be **GRANTED**. Therefore, the Court **ORDERS** that Plaintiff's case is hereby **DISMISSED without prejudice** and John Allen Chalk be appointed as arbitrator.

   **SO ORDERED** on this **4th day of October 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE